**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LATOYA PARKER, Individually,
and on behalf of herself and others
similarly situated**                                                        **PLAINTIFF**

**V.**                                      **3:17CV00250**

**BASF CORPORATION, a Delaware
Corporation**                                                    **DEFENDANT**

## ORDER

In the parties' Rule 26(f) Report, the parties agree that the deadline for Plaintiff to file a Rule 23 class and/or Section 216(b) conditional certification motion should be July 9, 2018. The Defendant should have thirty (30) days to file a response to the motion and the Plaintiff should have fourteen (14) days to file a reply to the response. The Court agrees with these changes to the Initial Scheduling Order.

All other deadlines will be stayed pending the Court's ruling on the Rule 23 class and/or Section 216(b) conditional certification motion.

IT IS SO ORDERED this 17th day of May, 2018.

_____
James M. Moody Jr.
United States District Judge