IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

---

**LATOYA PARKER**, Individually,
and on behalf of herself and others
similarly situated,

    Plaintiff,

v.                                         Case No. 3:17-cv-00250-JM

**BASF CORPORATION**, a Delaware       Complaint – Class Action
Corporation                                FLSA Opt-In Collective Action

    Defendant.                            **JURY TRIAL DEMANDED**

---

**ORDER ON PLAINTIFF'S MOTION FOR EXPEDITED APPROVAL OF 29 U.S.C. § 216(b) NOTICE AND CONSENT FORMS AND TO ORDER DISCLOSURE OF CURRENT AND FORMER EMPLOYEES (CONDITIONAL CERTIFICATION)**

---

Pursuant to the Stipulation of the parties, the Court enters the following Order on Expedited Approval of 29 U.S.C. § 216(b) Notice and Consent Forms and to Order Disclosure of Current and Former Employees (Conditional Certification). Based on that Stipulation, it is now **ORDERED** that:

1. Plaintiff's counsel is authorized to serve the Notice attached as Exhibit A and the Consent to Join attached as Exhibit B to this Order to all current and former employees who worked as hourly-paid chemical production workers, including hourly-paid chemical operators ("Production Workers") in Defendant's West Memphis Arkansas chemical plants.

2. Notice will be mailed to all current and former Production Workers at their last known address as provided on a list to be provided by Defendant to Plaintiff's counsel within thirty (30)

days of the entry of this Order. The list will contain the first and last names of each employee along with their last known address and dates of employment. Defendants will ensure that all home addresses for its current employees are up to date. If any mailing to any current employee is returned as undeliverable, Plaintiff's counsel shall so notify counsel for Defendant and provide a copy of the returned envelope. Upon receiving such notification, Defendant shall hand deliver a copy of the notice to those current employees whose mail was returned to Plaintiff's counsel and Defense counsel shall notify Plaintiff's counsel of the date when such notice was hand-delivered. For former employees whose mailing is returned as undeliverable at the address provided, Defendant shall also provide to Plaintiff's counsel, if possible, any last known telephone numbers and email addresses of such former employee, and if Plaintiff's counsel is still unsuccessful in reaching such former employee, Defendant's counsel may provide a social security number of that former employee so that Plaintiff's counsel may try to find a current address for such former employee.

2. All Consents to Join will be filed on the date they are received by Plaintiff's counsel.

3. The opt-in period shall run for ninety (60) days from the time the Notice is mailed. Plaintiff's counsel shall file a Notice with the Court indicating the date that the Notice was mailed.

4. Defendant retains all defenses, including all objections to a three-year statute of limitations period and the right to seek decertification at the close of discovery.

Done and Ordered this 21st day of August, 2018.

                                               DISTRICT JUDGE JAMES M. MOODY, JR.