# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LATOYA PARKER**, Individually,
and on behalf of herself and others
similarly situated,

    Plaintiff,

v.                                                 Case No. 3:17-cv-00250

**BASF CORPORATION**, a Delaware       Complaint – Class Action
Corporation                                      FLSA Opt-In Collective Action

    Defendant.                                **JURY TRIAL DEMANDED**

## ORDER STAYING PROCEEDINGS

Currently pending before the Court is Plaintiff Latoya Parker and Defendant BASF Corporation's (collectively, the "Parties") Joint Motion to Stay Proceedings (the "Motion"). The Court is of the opinion that the Motion is well taken and should be GRANTED.

It is therefore ORDERED that all proceedings and case deadlines in the above-styled matter are hereby stayed pending mediation of this case.

It is further ORDERED that the Parties shall file a joint report apprising the Court of the outcome of the mediation within five (5) business days of the mediation and, in any event, not later than January 19, 2019. If the case does not settle at mediation, the Parties shall file with the Court an amended proposed scheduling order consistent with their consent to extend the remaining deadlines by within fifteen (15) days of the mediation.

The Court will not rule on Plaintiff's Motion to Certify Class, ECF 30, unless and until

the Parties notify the Court that the case did not settle at mediation and Defendant has an opportunity to file its responsive briefing. If the case does not settle, BASF's deadline to respond to Plaintiff's Motion to Certify Class shall be thirty (30) days from the date the stay is lifted.

SIGNED this 27th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE