# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LATOYA PARKER**, Individually,
and on behalf of herself and others
similarly situated,

    Plaintiff,

v.                                                                          Case No. 3:17-cv-00250-JM

**BASF CORPORATION**, a Delaware                  Complaint – Class Action
Corporation                                                          FLSA Opt-In Collective Action

    Defendant.                                                      **JURY TRIAL DEMANDED**

## UNOPPOSED MOTION TO APPROVE CLASS SETTLEMENT

The undersigned counsel for the Named Plaintiff, individually and on behalf of the opt-in Plaintiffs who have joined the above-captioned action (collectively, "Plaintiffs") and Defendant BASF Corp. ("Defendant") have reached a proposed settlement of Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA").

The Parties have contemporaneously filed a Joint Motion for Leave to File Settlement Agreement Under Seal.

The Plaintiffs respectfully request that the Court approve their proposed settlement because it was reached as a result of contested litigation, and is a fair and reasonable resolution of a *bona fide* dispute between the Parties. Reasons militating in favor of approval are set forth in the accompanying memorandum.

1

Additionally, Plaintiffs and Defendant have reached an agreement as to a number on Plaintiffs' attorneys' fees and costs.

Dated:  March 7, 2019						Respectfully submitted,


							*s/ Gordon E. Jackson*
							Gordon E. Jackson (TN BPR #8323)
							J. Russ Bryant (TN BPR #33830)
							Paula R. Jackson (TN BPR #20195)
							**JACKSON, SHIELDS, YEISER & HOLT**
							262 German Oak Drive
							Memphis, TN 38018
							Telephone: (901) 754-8001
							Facsimile: (901) 754-8524
							gjackson@jsyc.com
							rbryant@jsyc.com
							pjackson@jsyc.com

							**ATTORNEYS FOR PLAINTIFF
							LATOYA PARKER**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019 a copy of the foregoing document was served via the Court's ECF system on counsel for all parties including Counsel for Defendant below.

Paulo B. McKeeby, TX Bar No. 00784571
(admitted *pro hac vice*)
Michael A. Correll, TX Bar No. 24069537
(admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street
Suite 3200
Dallas, TX 75201-7347
Telephone:  +1.214.466.4000
Facsimile:  +1.214.466.4001
paulo.mckeeby@morganlewis.com
mcorrell@morganlewis.com

Audrey M. Calkins (Tenn. BPR #30093)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
6410 Poplar Avenue
Ste 300
Memphis, TN 38119
Telephone: 901.766.4315
Facsimile: 901.767.7411

*s/ Gordon E. Jackson*
Gordon E. Jackson