IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LATOYA PARKER, individually and on
behalf of all others similarly situated                                    PLAINTIFF

VS.                               CASE NO. 3:17CV0250-JM

BASF CORPORATION, a Delaware Corporation                                   DEFENDANT

## ORDER

Pending is the parties' joint motion for approval of settlement. (Docket #67). The motion is GRANTED IN PART AND DENIED IN PART. The Court previously notified the parties that it would not approve their request to maintain the settlement agreement under seal. With knowledge of this decision, the parties requested the Court review the settlement for approval. On the merits, the parties' agreement is fair, reasonable and adequate. *In re Flight Transp. Corp. Securities Litigation*, 730 F.2d 1128, 1135 (8th Cir. 1984). The settlement appears to be the product of arm's length negotiations and adequately compensates the Plaintiff for her claims. Further, the attorneys' fees appear reasonable. Accordingly, the settlement is APPROVED. This case is dismissed WITH PREJUDICE. The Clerk is directed to unseal the document appearing at docket entry #70.

IT IS SO ORDERED this 28th day of March, 2019.

_____
James M. Moody
United States District Judge